UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTINE BODY,

    Plaintiff,

v.                               Case No. 8:13-cv-1215-T-33TGW

ROBERT A. MCDONALD, SECRETARY,
DEPARTMENT OF VERTERANS AFFAIRS,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Defendant Robert A. McDonald, Secretary, Department of Veterans Affairs' (V.A.) Request to Tax Costs and Proposed Bill of Costs (Doc. ## 46, 47), both filed on December 19, 2014. For the reasons that follow, this Court denies the V.A.'s Request and Proposed Bill of Costs without prejudice. The V.A. may refile the Request to Tax Costs and Proposed Bill of Costs after resolution of the appeal, if appropriate.

**Discussion**

On December 17, 2014, this Court granted the V.A.'s Motion for Summary Judgment. (Doc. # 44). The Clerk entered judgment in favor of the V.A. and against Body on December 18, 2014, and thereafter closed this case. (Doc. # 45).

On December 19, 2014, the V.A. filed the present Request to Tax Costs and Proposed Bill of Costs. (Doc. ## 46, 47). Subsequently, on December 29, 2014, Body filed a Notice of Appeal indicating her intent to appeal the Order granting summary judgment to the V.A. and the judgment entered in favor of the V.A. to the Eleventh Circuit Court of Appeals. (Doc. # 48).

As a general rule, the filing of a notice of appeal divests a district court of jurisdiction with respect to any matters involved in the appeal. Green Leaf Nursery v. E.I. DuPont de Nemours & Co., 341 F.3d 1292, 1309 (11th Cir. 2003)(explaining "The filing of an appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") (internal citations omitted).

If this Court were to resolve the V.A.'s Request to Tax Costs and Proposed Bill of Costs while an appeal remains pending it would engage in the piecemeal adjudication of costs as the Court would be asked to repeat the procedure following the appeal. See Bowers v. Universal City Dev. Partners, Ltd., No. 6:03-cv-985-ORL-18JGG, 2005 WL 1243745, at *2 (M.D. Fla. May 19, 2005). Furthermore, the Court finds that the immediate

2

resolution of the collateral issue of the V.A.'s Request to Tax Costs and Proposed Bill of Costs is unlikely to assist the Court of Appeals. Thus, the Court denies the V.A.'s Request to Tax Costs and Proposed Bill of Costs without prejudice. The V.A. may refile the Request to Tax Costs and Proposed Bill of Costs after resolution of the appeal, if appropriate.

Accordingly, it is

**ORDERED, ADJUDGED**, and **DECREED** that:

Defendant V.A.'s Request to Tax Costs and Proposed Bill of Costs (Doc. ## 46, 47) are **DENIED without prejudice.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of December, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

3